**No. 44204.**—Protest 877267–G of A. Gluckman, Inc. (New York).

Opinion by Brown, J. It was stipulated that the merchandise consists of bodies, hoods, forms, or shapes similar to that the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protest was sustained accordingly.

**No. 44205.**—Protest 33726–K of Whittaker, Clark & Daniels, Inc. (Philadelphia).

Opinion by Oliver, P. J. In accordance with stipulation of counsel and on the authority of *Chrystal* v. *United States* (4 Cust. Ct. 166, C. D. 291) the merchandise in question was held dutiable as pumice stone, unmanufactured, at one-tenth of 1 cent per pound under paragraph 206 as claimed.

Before the First Division, August 16, 1940

**No. 44206.**—Protests 566770–G, etc., of Albert Eckstein & Co., Inc., et al. (New York).

Opinion by Brown, J. It was stipulated that the merchandise consists of wool hat bodies similar to that the subject of *Cohn* v. *United States* (4 Cust. Ct.166, C. D. 314). The protests were sustained accordingly.

**No. 44207.**—Protests 577102–G, etc., of Henry Pollak, Inc. (New York).

Opinion by Brown, J. It was stipulated that the merchandise consists of bodies, hoods, forms, or shapes similar to that the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protests were sustained accordingly.

**No. 44208.**—Protests 879755–G (A), etc., of American Straw Goods Co. (New York).

Opinion by Brown, J. It was stipulated that the merchandise consists of bodies, hoods, forms, or shapes similar to that the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protests were sustained accordingly.

Before the Third Division, August 16, 1940

**No. 44209.**—Protest 320–K of G. Marinos & Sons (New York).

Opinion by Cline, J. No evidence was offered in support of the claims made. On the record presented the protest was overruled.